

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2022

No. 04-22-00061-CR

Edison **CARRAMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CR-6386
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Appellant's brief originally was due to be filed on July 13, 2022 and he has been granted one extension until August 12, 2022. On August 12, 2022, appellant's appointed attorney, Mr. John Lamerson, filed a motion requesting a second extension until September 6, 2022. Mr. Lamerson states in his motion that "[a]ppellant will not seek any further requests for extension."

The motion is GRANTED. Mr. Lamerson is ORDERED to file appellant's brief **no later than September 6, 2022**. **Mr. Lamerson is advised that counsel's heavy case load or demanding work schedule is not an extraordinary circumstance warranting further requests for an extension of time.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2022.



Michael A. Cruz,
Clerk of Court